# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AHMED FOUAD,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

CASE NO. C11-654-TSZ

ORDER OF DISMISSAL

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 15, to which no objections have been filed, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. No. 12) is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 16th day of August, 2011.

                              Thomas S. Zilly
                              United States District Judge

ORDER OF DISMISSAL - 1